# Third District Court of Appeal

## State of Florida

Opinion filed October 27, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0970
Lower Tribunal No. F06-39498
_____

**Joseph Garcia,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Alberto Milian, Judge.

Joseph Garcia, in proper person.

Ashley Moody, Attorney General, and Ivy R. Ginsberg, Assistant Attorney General, for appellee.

Before FERNANDEZ, C.J., and LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>Strickland v. Washington</u>, 466 U.S. 668, 687 (1984) (requiring demonstration that counsel's performance was deficient based on the status of the law at the time and that such deficient performance prejudiced defendant); <u>see also</u> <u>State v. Floyd</u>, 186 So. 3d 1013 (Fla. 2016); <u>Wyche v. State</u>, 170 So. 3d 898 (Fla. 3d DCA 2015).